UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    CAIRD, Clayton Leon

Chapter 7 Case No.    08-51174

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MINNEAPOLIS CLINIC OF NEUROLOGY<br>SDS 12 - 1934<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-1934 | 7 | $318.16 | $ 3.82 |

Date:    4/12/2010

J. Richard Stermer,  Trustee